UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

vs.

KEVIN LEE TURNER

CASE NO. 3:12-mj-0001 CMK

ORDER TO PAY

The Defendant, having been found guilty of Counts II and III, after entry of guilty pleas thereto, is

ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I | Fine: $ (Dismissed) | Assessment: $ |
| Count II | Fine: $ 65.00 | Assessment: $ 10.00 |
| Count III | Fine: $ 65.00 | Assessment: $ 10.00 |

FINE AND ASSESSMENT TOTAL OF $150.00 due and payable on or before April 15, 2012. Payment to be made to the Clerk, U.S. District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814.

Count I is dismissed.

DATED: February 8, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE